# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABELARDO MENDEZ–QUINTERO ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:26–CV–00437–DC–AC** |
| v. | |
| **WARDEN ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/20/2026 .**

ENTERED:    **February 20, 2026**         /s/  **Keith Holland**

Clerk of Court